**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**OTIS HUGHES,**
**ADC # 100835**                                                                                          **PLAINTIFF**

**v.**                              **Case No. 5:15-cv-322-KGB-JTR**

**ROBBIE FREAD, Administrator,**
**Arkansas County Detention Center, et al.**                               **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Tom Ray (Dkt. No. 4). Plaintiff Otis Hughes filed untimely objections to the Recommended Disposition (Dkt. No. 6). After review of the Recommended Disposition and Mr. Hughes's objections, along with a *de novo* review of the record, the Court concludes that the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, this case is dismissed without prejudice for failure to state a claim upon which relief may be granted. The dismissal counts as a "strike" pursuant to 28 U.S.C. § 1915(g).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 8th day of December, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge