# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**OTIS HUGHES,**
**ADC # 100835**                                                                                               **PLAINTIFF**

v.                          Case No. 5:15-cv-322-KGB-JTR

**ROBBIE FREAD, Administrator,**
**Arkansas County Detention Center, et al.**                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So adjudged this 8th day of December, 2016.

_____
Kristine G. Baker
United States District Judge